LESLIE MILLER, INC. *v.* STATE.

4807-8-9-10                                    298 S. W. 2d 44

Opinion delivered February 4, 1957.

Per Curiam opinion conforming to mandate of U. S. Supreme Court.

### CONFORMING OPINION

These are the same cases as *Miller* v. *State* (4807-4810, inc.) reported in 225 Ark. 285, 281 S. W. 2d 946.

In our former opinion we affirmed the convictions of the appellants. They appealed to the United States

Supreme Court; and on December 17, 1956, that tribunal reversed our decision. See *Miller* v. *Arkansas*, 352 U. S. 187; 1 L. Ed. (2) 231; 77 S. Ct. 257. The United States Supreme Court made this directive:

"The judgment of the Supreme Court of Arkansas is reversed and the cause is remanded for further proceedings not inconsistent with this opinion."

The Mandate of the United States Supreme Court was filed in our Court on January 21, 1957; and in accordance with said Mandate, we now deliver this conforming opinion, towit:

The judgment of the Pulaski Circuit Court in each of these cases is hereby reversed, annulled and set aside and the appellants are awarded all costs therein expended.